AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Luis Fernando Ramirez-Morales<br>a/k/a Luis Fernando-Ramirez | ) ) ) ) ) ) ) | Case No.<br>2:25-mj-1118-KCD |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 4, 2025___ in the county of ___Lee___ in the ___Middle___ District of ___Florida___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546(a) | Possession of False Visa or Other Immigration Document |
| 8 U.S.C. § 1326(a) | Illegal Re-Entry by Deported Alien |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*David Strange*
*Complainant's signature*

David W. Strange, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ___05/05/2025___

*Judge's signature*

City and state: ___Fort Myer, Florida___    KYLE C. DUDEK, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, David W. Strange, being duly sworn, hereby depose and state as follows:

1.      I have been employed as a United States Border Patrol Agent with the United States Border Patrol since June 15, 1998.

2.      In my capacity as a Border Patrol Agent, I am charged with enforcing U.S. immigration laws, both administrative and criminal. I am a federal law enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3.      This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal experiences and observations as well as those of other agents. This affidavit does not contain every fact known to me relating to the investigation, but rather sets out only the facts that I believe are necessary to establish probable cause to believe that **Luis Fernando RAMIREZ-Morales (AKA Luis FERNANDO-Ramirez)** is an alien found voluntarily in the United States after removal without having obtained permission from the Attorney General or Secretary of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a).  Further, there is probable cause to believe that **Luis Fernando RAMIREZ-Morales** knowingly possessed a fraudulent Legal Permanent Resident card and a fraudulent Social Security card which he knew to be counterfeit or falsely made, in violation of 18 U.S.C. § 1546(a).

**FACTS AND CIRCUMSTANCES**

4.     On May 4, 2025, Lee County Sheriff's Deputy Michael Kelly contacted your affiant about a potential alien encountered in Lee County, Florida, at a vehicle stop in Lee County, Florida. Deputy Kelly advised he was arresting **Luis Fernando RAMIREZ-Morales** for Operating a Motor Vehicle without a Valid License. During a search incident to arrest, Deputy Kelly looked through **RAMIREZ-Morales'** wallet to ensure that there was no contraband and came across a Social Security card and a Legal Permanent Resident Card, both being fake or counterfeit. Neither card bared any security features.

5.     Your affiant encountered **RAMIREZ-Morales** at the Lee County Sheriff's Office substation in Lehigh Acres, Florida, while he was waiting for transport to the Jail.  Your affiant identified himself as a Border Patrol Agent and spoke with **RAMIREZ-Morales.**  Your affiant fingerprinted **RAMIREZ-Morales.**

6.     An automated fingerprint identification and matching system (IDENT) created by the Department of Homeland Security's Office of Biometric Identity Management, which provides biometric data matching, storage, and analysis, indicated that **RAMIREZ-Morales'** fingerprints matched those associated with the individual last deported in 2017.  (Records indicate that **RAMIREZ-Morales** had four removals and then two Title 42 expulsions in 2021).

7.     After fingerprinting, your affiant read **RAMIREZ-Morales** his *Miranda* rights. Your affiant asked **RAMIREZ-Morales** if he understood his Miranda Rights

2

and he stated that he did.  Your affiant showed **RAMIREZ-Morales** 4 photos from IDENT (dated: 3/7/2011, 3/2/2011, 7/1/2017, and 4/23/2017) and he stated each photo was him.  Your affiant asked **RAMIREZ-Morales** if he had been removed from the United States, and at first, he stated "No."  Your affiant then showed him 4 different removals, and he admitted to each of them.  Your affiant asked **RAMIREZ-Morales** if he had spent 3 days in jail for illegal Entry into the United States, and he stated "Yes."  Your affiant reminded **RAMIREZ-Morales** that he needed permission from Department of Homeland Security (DHS) Secretary or the United States Attorney General to re-enter the United States.  Your affiant asked **RAMIREZ-Morales** if he had sought that permission, and he stated "No."  Your affiant asked **RAMIREZ-Morales** how he last entered the United States, and he stated illegally.  Your affiant asked **RAMIREZ-Morales** if he entered voluntarily, and he stated "Yes."  Your affiant asked him if his name was Luis RAMIREZ-Morales, and he stated "Yes."  Your affiant asked **RAMIREZ-Morales** if he was from Guatemala, and he stated "Yes."  Your affiant showed him the Resident Alien card and asked him if he knew it was fake, and he stated "Yes."  Your affiant asked him about the fake Social Security card, and he admitted he knew it was fake.  Your affiant asked **RAMIREZ-Morales** how much he paid for the cards and he stated $125.00 for both.  **RAMIREZ-Morales** said he paid some guy here in Lehigh for the cards.  Your affiant asked **RAMIREZ-Morales** why he got them, and he said so that he could work.

8.      On May 4, 2025, your affiant conducted a search of government databases and found no record showing that **RAMIREZ-Morales** had ever requested or received permission from the United States Attorney General, the Secretary of Homeland Security, or any other immigration official to reenter the United States after his deportation. If **RAMIREZ-Morales** had sought or received such permission, a record of such would have been present in the databases searched.

9.      On May 4, 2025, your affiant queried the alien registration number displayed on the Legal Permanent Resident card that bears the name Luis Fernando Ramirez Morales through DHS databases yielding a registration and assignment to another individual; the number is not assigned to **RAMIREZ-Morales**.

10.     On May 5, 2025, your affiant queried the number displayed on the Social Security card that bears the name Luis Fernando Ramirez Morales through DHS databases which revealed that the Social Security number is not associated with **RAMIREZ-Morales**.

11.     On May 5, 2025, U.S. Citizenship and Immigration Services, United States Department of Homeland Security, performed a search for records in the database system that maintains centralized records relating to immigrant alien who entered the United States, and no record was found to exist indicating that **RAMIREZ-Morales** obtained consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security for re-admission in the United States.

4

## CONCLUSION

12.     Based on the foregoing facts, I respectfully submit that there is probable cause to believe that **RAMIREZ-Morales** is an alien found voluntarily in the United States after removal without having obtained permission from the Attorney General or Secretary of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a).  Further, I respectfully submit that there is probable cause to believe that **RAMIREZ-Morales** knowingly possessed a fraudulent Legal Permanent Resident card and a fraudulent Social Security card which he knew to be counterfeit or falsely made, in violation of 18 U.S.C. § 1546(a).

*David Strange*

_____
David W. Strange
United States Border Patrol Agent

Sworn and subscribed to me by telephone
on this __5__ day of May, 2025, in Fort Myers, Florida.

_____
KYLE C. DUDEK
United States Magistrate Judge

5